**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| EDWARD YARBRA,<br><br>                                   Plaintiff,<br><br>       v.<br><br>BIRCHWOOD MANAGEMENT LLC, et al.<br><br>                                   Defendants. | Case No. 2:23-cv-01807-RFB-EJY<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant(s) <u>Birchwood Management LLC, Matt Purdy, Greg Purdy, Jr., and Yesterday's Hotel LLC</u> according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is **DISMISSED** without prejudice as to Defendant(s) **Birchwood Management LLC, Matt Purdy, Greg Purdy, Jr., and Yesterday's Hotel LLC.** The Clerk of the Court is instructed to close this matter accordingly.

DATED: June 24, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**